RUTH BAND, Respondent, v. TOWN OF COLONIE, Appellant.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.